**CARNEY BATES & PULLIAM, PLLC**
HANK BATES (SBN 167688)
hbates@cbplaw.com
ALLEN CARNEY (pro hac vice)
acarney@cbplaw.com
SAMUEL R. JACKSON (pro hac vice)
sjackson@cbplaw.com
519 W. 7th St.
Little Rock, AR, 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
GILLIAN L. WADE (SBN 229124)
gwade@mjfwlaw.com
SARA D. AVILA (SBN 263213)
savila@mjfwlaw.com
MARC A. CASTANEDA (SBN 299001)
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

*Attorneys for Plaintiff Willis Ridgeway*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIS LAMAR RIDGEWAY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKEO, INC.<br><br>    Defendant. | Case No.: 2:23-cv-01660-MEMF-AS<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

i

Pursuant to Fed. R. Civ. P. 41, Plaintiff Willis Lamar Ridgeway ("Plaintiff") hereby files his Notice of Voluntary Dismissal without prejudice.

Dated: November 9, 2023       Respectfully submitted,

*/s/ Allen Carney*
HANK BATES (SBN 167688)
hbates@cbplaw.com
ALLEN CARNEY (*pro hac vice*)
acarney@cbplaw.com
SAMUEL R. JACKSON (*pro hac vice*)
sjackson@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th St.
Little Rock, AR, 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
GILLIAN L. WADE (SBN 229124)
gwade@mjfwlaw.com
SARA D. AVILA (SBN 263213)
savila@mjfwlaw.com
MARC A. CASTANEDA (SBN 299001)
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

*Attorneys for Plaintiff Willis Ridgeway*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                                                                   */s/ Allen Carney*
                                                                                    ALLEN CARNEY